# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

|  |  |  |
|---|---|---|
| **CHRISTOPHER BOOMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 5:24-cv-00019-BJB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TANNER LARRY SELLERS and** | ) | |
| **LARRISA COLLEEN SELLERS,** | ) | |
| | ) | |
| **Defendants.** | | |

## JOINT NOTICE OF SETTLEMENT

The parties hereby provide notice to the Court that they have reached a settlement in principle to resolve this matter in its entirety. The parties anticipate filing an agreed Permanent Injunction upon fully memorializing the terms of their resolution. The parties respectfully request the Court to suspend all deadlines and remove the matter from any scheduled hearings, including the upcoming settlement conference.

Dated: November 19. 2025                              Respectfully submitted,

                                                      /s/ Ciara McHale
                                                      Ciara McHale (admitted *pro hac vice*)
                                                      **TYZ LAW GROUP PC**
                                                      1 Embarcadero Center, Suite 1200
                                                      San Francisco, CA 94111
                                                      Telephone: 415.868.6900


                                                      ***Attorneys for Plaintiff Christopher Boomer***



Dated: November 19, 2025                              _____
                                                      Defendant Tanner Larry Sellers



Dated: November 19, 2025                              _____
                                                      Defendant Larrisa Colleen Sellers

- 1 -

## **FILED WITH PERMISSION**

Counsel for the Plaintiff Christopher Boomer confirms and represents that all parties have reviewed the contents herein and consent to the filing of the Joint Notice of Settlemend. Executed on November 19, 2025.

*/s/Ciara McHale*
Ciara McHale

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel for all parties registered with the Court's electronic system.

*/s/Ciara McHale*
Ciara McHale
