UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:24-cv-00019-BJB-LLK

**CHRISTOPHER BOOMER**                                                                                          **PLAINTIFF,**

**v.**

**TANNER LARRY SELLERS ET AL,**                                                                       **DEFENDANTS**

## ORDER

This matter was referred to U.S. Magistrate Judge Lanny King for a settlement conference and for hearing and determining all pretrial matters, including non-dispositive motions. [DN 7]. The parties have notified the Court that they have reached a settlement in principle. [DN 61]. The Settlement Conference that was previously scheduled to take place on December 10, 2025, and all other case-management deadlines, are **HEREBY VACATED**. The parties shall file a joint status report if the case has not been dismissed within 60 days of the entry of this order.

November 26, 2025

*Lanny King* [signature]

Lanny King, Magistrate Judge
United States District Court

cc: Counsel of Record;
Tanner Larry Sellers & Larrisa Colleen Sellers, 114 Bella Court, Hopkinsville, KY 42240